# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00450-APG-GWF |
| vs. ) | **ORDER** |
| SERGIO ESLI RIVERA, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant Sergio Esli Rivera's Unopposed Motion to Continue Self-Surrender Date (ECF No. 133), filed on October 21, 2016. The Court instructed the Government that if it intended to file an opposition to Defendant's Motion, it must do so by October 27, 2016. *See* ECF No. 134. No opposition was filed.

Defendant requests a sixty (60) day extension of his self-surrender date from November 4, 2016 to the week of January 2, 2017. Defendant represents that he seeks this extension to secure the financial condition of his family. The Government did not oppose Defendant's Motion and Defendant represents that pre-trial services does not oppose his request. For the above stated reasons and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Sergio Esli Rivera's Unopposed Motion to Continue Self-Surrender Date (ECF No. 133) is **granted**. Defendant shall surrender for service of sentence designated by the Bureau of Prisons by **12 p.m. (noon) on January 3, 2017**.

DATED this 28th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge